**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

August 17, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States v. Kevin Chongsup Kim*
Related to: *United States v. Jin Kim*

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Kevin Chongsup Kim, a/k/a "Chong Kim," in Count One with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, and in Count Two with conspiracy to make false statements relating to health care fraud matters, in violation of 18 U.S.C. § 371. The charges contained in the Information arose from the same events that form the basis for the Information in *United States v. Jin Kim*, the Information for which is being filed contemporaneously with this matter.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
United States Attorney

ELAINE K. LOU
Chief, Criminal Division